**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LACEY MARK SIVAK,

  Plaintiff - Appellant,

v.

TIMOTHY D. WILSON; et al.,

  Defendants - Appellees.

No. 14-35877

D.C. No. 1:93-cv-00081-EJL

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Idaho
Edward J. Lodge, District Judge, Presiding

Submitted March 15, 2016[**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

  Lacey Mark Sivak, an Idaho state prisoner, appeals pro se from the district

court's order denying his request to file various actions.  We have jurisdiction

under 28 U.S.C. § 1291.  We review for an abuse of discretion the application of a

vexatious litigant order.  *Moy v. United States*, 906 F.2d 467, 469 (9th Cir. 1990).

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We affirm.

The district court did not abuse its discretion in revising a prior pre-filing order to conform to 28 U.S.C. § 1915(g) and in applying the revised order to Sivak's proposed actions.

**AFFIRMED.**